

Exhibit B